
MARGUERITE DESELMS
PO BOX 84343
Los Angeles, CA 90073
310 427-1008 cell
margdeselms@gmail.com
Plaintiff IN PRO PER

LODGED

2018 APR -6 PM 1:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARGUERITE DESELMS

PLAINTIFF(S)

v.

BANK OF AMERICA, NA
MTC FINANCIAL INC, DBA TRUSTEE CORPS

DEFENDANT(S)

CASE NUMBER: ED CV18-703-~~___~~(MRW)
PSG

**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by MARGUERITE DESELMS is hereby:

☐ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____                    _____
                                                                                    United States District/Magistrate Judge

☐ DENIED
*Comments:*

Dated: _____                    _____
                                                                                    United States District/Magistrate Judge

CV-05 Order (12/15)          ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING

