UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-703 PSG (MRW) | Date | June 21, 2018 |
|---|---|---|---|
| Title | Marguerite Deselms v. Bank of America, N.A. et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER RE: MOTION TO DISMISS

The defense filed a motion to dismiss first amended complaint. (Docket # 27.) Plaintiff's response to the motion will be due by or before July 9, 2018. Pursuant to the Local Rules of Court, Plaintiff's response may not exceed 25 pages (excluding tables and exhibits).

The motion is set for **July 30, 2018, at 9:30 a.m.**, before Judge Wilner. Judge Wilner is located in the Roybal building, Courtroom 550, at 255 E. Temple Street, Los Angeles, California.

**Plaintiff is advised that failure to respond to this order or the motion will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the action may be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action.**