# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-703 PSG (MRW) | Date | November 8, 2018 |
|---|---|---|---|
| Title | Deselms v. MTC Financial | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    In September 2018, the Court dismissed Plaintiff's First Amended Complaint with leave to amend. (Docket # 36.) Instead of amending her complaint, Plaintiff filed a notice indicating that she settled her case against Defendant Bank of America. Plaintiff requested until November 2 to dismiss the action. (Docket # 37.)

    2.    That date has come and gone without any filing from Plaintiff. Additionally, Plaintiff failed to file an amended complaint against Defendant MTC Financial (the settlement notice was silent as to that party) by the earlier October 19 deadline.

    3.    Plaintiff's inaction strongly suggests that she is no longer prosecuting this action in compliance with this Court's rules. Therefore, the Court orders Plaintiff to show cause why this action should not be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41. Plaintiff may respond to this order by declaration (not to exceed five pages) explaining her conduct. Plaintiff's response will be due by November 26.